# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Schroeder III, Robert W. | 2. Court or Organization<br><br>U.S. District Court for the Eastern District of Texas | 3. Date of Report<br><br>5/15/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

| 7. Chambers or Office Address |
|---|
| United States District Court<br>500 North State Line, Room 309<br>Texarkana, Texas 75501 |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American University Law Review | January 25-26, 2019 | Washington, D.C. | Federal Circuit Symposium (speaker) | Travel and lodging |
| 2. | Texas IP Inn of Courts | August 24-25, 2019 | Austin, Texas | Inn of Courts Summit (speaker) | Travel, lodging and meals |
| 3. | The Network of Trial Law Firms, Inc. | October 25-27, 2019 | San Mateo, California | Litigation Management (speaker) | Travel, lodging and meals |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Stanford University | Tuition Agreements | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder III, Robert W. | 5/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab Accounts (H) | | | | | | | | | |
| 2. -Schwab Account | A | Interest | J | T | | | | | |
| 3. -Schwab Bank Sweep | B | Interest | K | T | | | | | |
| 4. -Schwab US REIT | A | Dividend | | | Buy (add'l) | 02/06/18 | J | | |
| 5. | | | | | Sold | 12/26/18 | J | | |
| 6. -IShares Gold ETF | A | Dividend | J | T | Sold (part) | 05/31/18 | J | A | |
| 7. -IShares Bond ETF | A | Dividend | | | Sold | 06/06/18 | J | | |
| 8. -Schwab Emerging Markets Equitty ETF | A | Dividend | | | Buy (add'l) | 10/23/18 | J | | |
| 9. | | | | | Sold | 10/26/18 | J | | |
| 10. -Schwab Fund. EMG MKTS LG. COM ETF | A | Dividend | | | Sold | 12/21/18 | J | | |
| 11. -Schwab Fund. Intl. LG. COM. ETF | A | Dividend | J | T | Buy (add'l) | 02/06/18 | J | | |
| 12. | | | | | Sold (part) | 10/23/18 | J | | |
| 13. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 14. -Schwab Fund. Intl. SM. COM. ETF | A | Dividend | J | T | Buy (add'l) | 10/23/18 | J | | |
| 15. | | | | | Sold (part) | 10/26/18 | J | | |
| 16. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 17. -Schwab Fund. US LG. COM. ETF | A | Dividend | | | Sold (part) | 05/31/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder III, Robert W. | 5/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 12/24/18 | K | | |
| 19. -Schwab Fund. US SM. COM. ETF | A | Dividend | | | Sold (part) | 05/31/18 | J | A | |
| 20. | | | | | Sold | 12/17/18 | J | A | |
| 21. -Schwab Intl. Equity ETF | A | Dividend | J | T | Sold (part) | 10/23/18 | J | | |
| 22. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 23. -Schwab Intl. SM. CAP EQUITY ETF | A | Dividend | J | T | Sold (part) | 11/20/18 | J | | |
| 24. | | | | | Buy (add'l) | 12/26/18 | J | | |
| 25. -Schwab US LG. CAP. ETF | A | Dividend | | | Sold (part) | 05/31/18 | J | A | |
| 26. | | | | | Sold | 12/24/18 | J | | |
| 27. -Schwab US SM. CAP. ETF | A | Dividend | | | Sold | 12/20/18 | J | | |
| 28. -VANECK VECTORS ETF | A | Dividend | | | Buy (add'l) | 02/06/18 | J | | |
| 29. | | | | | Sold (part) | 05/31/18 | J | | |
| 30. | | | | | Sold | 09/05/18 | J | | |
| 31. -VANGUARD GLOBAL EX US ETF | A | Dividend | J | T | | | | | |
| 32. -VANGUARD MUNI ETF | A | Dividend | | | Buy (add'l) | 02/06/18 | J | | |
| 33. | | | | | Buy (add'l) | 05/31/18 | J | | |
| 34. | | | | | Sold | 10/09/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder III, Robert W. | 5/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -VANGUARD TOTAL ETF | A | Dividend | | | Sold | 05/31/18 | J | | |
| 36. -VANGUARD FTSE DEV MKTS ETF | A | Dividend | | | Buy | 10/23/18 | J | | |
| 37. | | | | | Sold | 12/20/18 | J | | |
| 38. -VANGUARD FTSE ALL WORLD SM CAP ETF | A | Dividend | | | Buy | 11/20/18 | J | | |
| 39. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 40. | | | | | Sold | 12/20/18 | J | | |
| 41. -VANGUARD SM. CAP. ETF | A | Dividend | J | T | Buy | 12/20/18 | J | | |
| 42. -VANGUARD S&P 500 ETF | A | Dividend | J | T | Buy | 12/24/18 | J | | |
| 43. -SCHWAB U.S. TIPS ETF | A | Dividend | | | Buy | 05/31/18 | J | | |
| 44. | | | | | Sold | 11/02/18 | J | | |
| 45. -XTRACKERS HI YLD. CORP. BND ETF | A | Dividend | J | T | Buy | 02/06/18 | J | | |
| 46. | | | | | Buy | 06/06/18 | J | | |
| 47. -INVESCO FTSE RAFI DEV MKTS EFT | A | Dividend | | | Buy | 10/23/18 | J | | |
| 48. | | | | | Sold | 12/06/18 | J | | |
| 49. -INVESCO RAFI EMERG. MKTS ETF | A | Dividend | J | T | Buy | 12/21/18 | J | | |
| 50. -INVESCO RAFI US 1000 ETF | A | Dividend | K | T | Buy | 12/24/18 | K | | |
| 51. -INVESCO RAFI US 1500 ETF | A | Dividend | J | T | Buy | 12/17/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder III, Robert W. | 5/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 53. -ISHARES CORE MSCI EMERG. EFT | A | Dividend | J | T | Buy | 10/26/18 | J | | |
| 54. -ISHARES CORE US REIT ETF | A | Dividend | J | T | Buy | 12/26/18 | J | | |
| 55. -SPDR MUNI BOND ETF | A | Dividend | K | T | Buy | 10/09/18 | K | | |
| 56. -SPDR TIPS ETF | A | Dividend | J | T | Buy | 11/02/18 | J | | |
| 57. -SPDR EMERG MKTS ETF | A | Dividend | J | T | Buy | 09/05/18 | J | | |
| 58. Bank of Ozarks Account | C | Interest | N | T | | | | | |
| 59. Commercial National Accounts | A | Interest | J | T | | | | | |
| 60. Wells Fargo Accounts | A | Interest | M | T | | | | | |
| 61. Guaranty Bond Accounts | D | Interest | N | T | | | | | |
| 62. SEP #1 (H) | | | | | | | | | |
| 63. American Funds The Bond Fund of America | A | Dividend | K | T | | | | | |
| 64. American Funds Capital Income Building | A | Dividend | K | T | | | | | |
| 65. American Funds Capital World Growth & Income Fund | B | Dividend | M | T | | | | | |
| 66. American Funds Europacific Growth Fund | A | Dividend | K | T | | | | | |
| 67. American Funds The Growth Fund of America | A | Dividend | M | T | | | | | |
| 68. American Funds New Perspective Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder III, Robert W. | 5/15/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. American Funds Washington Mutual Investors Fund | B | Dividend | L | T | | | | | |
| 70. Gift 529 Moderate Growth Portfolio | A | Dividend | | | Sold | 07/01/18 | K | D | |
| 71. 403(b) #1 (H) | | | | | | | | | |
| 72. -Lincoln Financial Multi-Fund Select Annuity Fixed Account | A | Dividend | | | Sold | 01/08/18 | J | A | |
| 73. -Lincoln Financial LVIP Protected Profile 2020 Fund | A | Dividend | | | Sold | 01/08/18 | J | A | |
| 74. Lincoln Financial IRA Growth Portfolio A Fund #53 | A | Dividend | J | T | Buy | 01/08/18 | J | | |
| 75. Red River FCU Accounts | A | Dividend | | | Sold | 07/01/18 | J | | |
| 76. Real Estate Parcel 1 - Texarkana, TX (2011 $180,000) (X) | D | Rent | M | R | | | | | |
| 77. Farmers Bank Account | C | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder III, Robert W. | 5/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder III, Robert W. | 5/15/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert W. Schroeder III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544